**CLERK, U.S. DISTRICT COURT**
402 E. STATE STREET, ROOM 2020
TRENTON, NEW JERSEY 08608

**OFFICIAL BUSINESS**

RECEIVED
MAY 16 2017
AT 8:30
WILLIAM T. WALSH
CLERK

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M     $ 00.37³
0008005039    MAY 04 2017
MAILED FROM ZIP CODE 08109

05-06-2017

3:15-cv-06716-MAS-TJB Notice will not be electronically mailed

DARIUS ROBINSON
59 KOCH AVENUE
MORRIS PLAINS, NJ 07950-4400

NIXIE     076    FE 1260     0005/13/17
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 08608150020     *1151-04559-13-47

**Other Events**
**3:15-cv-06716-MAS-TJB ROBINSON v. CHRISTIE et al CASE CLOSED on 07/13/2016**
ADMCLOSED,MEMBERCASE,PROSE-PR,PS7

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 5/3/2017 at 7:52 AM EDT and filed on 5/2/2017
**Case Name:**        ROBINSON v. CHRISTIE et al
**Case Number:**   3:15-cv-06716-MAS-TJB
**Filer:**
**WARNING: CASE CLOSED on 07/13/2016**
**Document Number:** 8

**Docket Text:**
**CERTIFICATE of USMS. USM285 forms NOT returned. (mmh)**

**3:15-cv-06716-MAS-TJB Notice has been electronically mailed to:**

**3:15-cv-06716-MAS-TJB Notice will not be electronically mailed to::**

DARIUS ROBINSON
59 KOCH AVENUE
MORRIS PLAINS, NJ 07950-4400

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=5/3/2017] [FileNumber=10145793-0
] [409a1aa3d7e3162b9bd72a1c254dfe6ccf206dca27d3e8cf9209707961db01ded05
7f03472d64282effdc771d849f1feb125efeae4ca422aecb9f3f1b164f138]]